**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

JESSE CLARK                                                                               PLAINTIFF

v.                                        No. 4:15CV00087 JLH

UNIVERSITY OF ARKANSAS DIVISION OF
AGRICULTURE COOPERATIVE EXTENSION
SERVICE                                                                                   DEFENDANT

**ORDER**

Plaintiff filed a complaint in this action on February 11, 2015.  More than 120 days have

passed.  Plaintiff has not filed proof of service on the defendant.  Rule 4(m) of the Federal Rules of

Civil Procedure provides:

> TIME LIMIT FOR SERVICE.  If a defendant is not served within 120 days after the
> complaint is filed, the court—on motion or on its own after notice to the
> plaintiff—must dismiss the action without prejudice against that defendant or order
> that service be made within a specified time.  But if the plaintiff shows good cause
> for the failure, the court must extend the time for service for an appropriate period.

Notice is hereby given to the plaintiff that the Court will dismiss this action unless proof of

service is filed *on or before Monday, August 3, 2015*, or the plaintiff establishes good cause for the

failure to serve summons and complaint on the defendant within 120 days after the filing of the

complaint.

IT IS SO ORDERED this 20th day of July, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE